IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ANGELA SANDOVAL, Individually and as next
friend of Belina Sandoval, Jesus Sandoval and
Luis Angel Sandoval, minors and MARIA
CHAVEZ, as next friendof Maria Chavez, minor**           **PLAINTIFFS**

**VS.**           **CIVIL ACTION NO. 4:05CV136LR**

**FORD MOTOR COMPANY**           **DEFENDANT**

## ORDER

This matter came before the court on the Joint Motion to Reconsider the Court's Order Denying the Parties' Join Motion to Extend Trial Setting and Corresponding Deadlines. The earlier Motion was denied because of the lack of explanation as to why a continuance is necessary, combined with counsel's lack of diligence in pursuing this matter. Defense counsel has now explained that it has a conflict with another case before this court that is set on the same trial calendar. Plaintiff's counsel does not oppose the continuance. Therefore, the court will grant the Motion and move this case to the next trial calendar.

IT IS, THEREFORE, ORDERED that the parties' Joint Motion to Extend Trial Setting and Corresponding Deadlines is hereby **granted**, and the Case Management Plan Order previously entered in this matter is hereby amended as follows:

1. The trial of this matter will be held on the trial calendar that begins on January 1, 2007, and ends on January 12, 2007.

2. The pretrial conference will be held on December 11, 2006.

3. Discovery shall be completed by September 1, 2006.

4. The Plaintiff shall designate experts by June 1, 2006.

5. The Defendant shall designate experts by July 3, 2006.

6. The deadline for submitting motions, other than motions *in limine*, is September 15, 2006.

IT IS SO ORDERED, this the 18th day of May, 2006.

                                           S/John M. Roper
                                   UNITED STATES MAGISTRATE JUDGE