IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANGELA SANDOVAL, INDIVIDUALLY
AND AS NEXT FRIEND OF BELINA SANDOVAL,
JESUS SANDOVAL AND LUIS ANGEL
SANDOVAL, MINORS; and MARIA CHAVEZ,
AS NEXT FRIEND OF MARIA CHAVEZ, MINOR                        PLAINTIFFS

VS.                                                CIVIL ACTION NO. 4:05cv136-TSL-AGN

FORD MOTOR COMPANY                                                DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Angela Sandoval, Individually and as Next Friend of Belina Sandoval, Jesus Sandoval and Luis Angel Sandoval, Minors; and Maria Chavez, as Next Friend of Maria Chavez, Minor, and the Defendant Ford Motor Company, having reached settlement, jointly moved the Court by motion *ore tenus* for an order dismissing this action with prejudice as to Ford Motor Company. Such *ore tenus* motion has come before the Court and is granted. Therefore, this action is hereby dismissed with prejudice as to Ford Motor Company.

**SO ORDERED** this the 27th day of June, 2006.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

SUBMITTED BY:

/s/ MARY B. COTTON                                /JON STEPHEN KENNEDY
Mary B. Cotton, MSB # 100176               Jon Stephen Kennedy, MSB #100040
*Attorney for Plaintiffs*                              *Attorney for Defendant*

JACKSON-#365287-v1-Ford_A_SANDOVAL_order_of_dismissal.WPD